# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Nancy K. | Southern District of Texas | 07/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☐ Annual  ✔ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  **to**  06/30/2020 |
|---|---|---|

**7. Chambers or Office Address**

515 Rusk, Suite 7019
Houston, Texas

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 07/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 06-30-2020 | Locke Lord salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 07/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Vanguard Windsor II IRA | A | Int./Div. | M | T | | | | | |
| 2.   Vanguard Star IRA | A | Int./Div. | K | T | | | | | |
| 3.   Hewlett Packard Co. (HPQ | A | Int./Div. | | | Sold | 12/16/19 | J | C | |
| 4.   Hewlett Packard Enterprise (HPE) | A | Dividend | | | Sold | 12/16/19 | J | A | |
| 5.   Micro Focus Int'l PLC | | None | | | Sold | 12/16/19 | J | A | |
| 6.   DXC Technology | A | Dividend | | | Sold | 12/16/19 | J | A | |
| 7.   Perspecta, Inc. | A | Dividend | | | Sold | 12/16/19 | J | A | |
| 8.   Intel | A | Dividend | | | Sold | 12/16/19 | K | E | |
| 9.   USE Credit Union | A | Interest | J | T | | | | | |
| 10.  Chase Bank | A | Interest | J | T | | | | | |
| 11.  Microsoft Corporation | A | Dividend | | | Sold | 12/16/19 | K | E | |
| 12.  Pfizer Corporation | A | Dividend | | | Sold | 12/16/19 | K | D | |
| 13.  Kinder Morgan, Inc. | C | Dividend | M | T | Sold<br>(part) | 12/16/19 | J | A | |
| 14.  Citigroup, Inc. | A | Dividend | J | T | Sold | 12/16/19 | J | A | |
| 15.  Locke Lord 401K Schwab S&P 500 Index | A | Dividend | N | T | | | | | |
| 16.  Locke Lord 401K T.Rowe Price Blue Chip Growth I | A | Dividend | M | T | | | | | |
| 17.  Locke Lord 401K Schwab US Midcap Index | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Johnson, Nancy K.** | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Locke Lord 401K Schwab Small Cap Index | A | Dividend | M | T | | | | | |
| 19. Locke Lord 401K Vanguard Inst'l Index | C | Dividend | | | Merged (with line 15) | 12/27/19 | | | |
| 20. Locke Lord 401K Vanguard S&P 500 | D | Dividend | | | Merged (with line 15) | 12/27/19 | | | |
| 21. Locke Lord Vanguard Small Cap Index | D | Dividend | | | Merged (with line 18) | 12/27/19 | | | |
| 22. Locke Lord Vanguard Midcap Index | D | Dividend | | | Merged (with line 17) | 12/27/19 | | | |
| 23. Walmart | B | Dividend | L | T | | | | | |
| 24. Caterpillar (CAT) | B | Dividend | | | Sold | 12/10/19 | L | E | |
| 25. Berkshire Hathaway "B" Shares | | None | | | Sold (part) | 12/10/19 | M | F | |
| 26. Qualcomm, Inc. | B | Dividend | L | T | | | | | |
| 27. Gilead Sciences | B | Dividend | | T | Sold | 02/19/19 | K | A | |
| 28. Bellicum Pharmaceuticals | | None | | | Sold | 12/16/19 | J | A | |
| 29. Prudential Alliance | A | Interest | K | T | | | | | |
| 30. Thornburg Invest. Trust Income Builder | A | Dividend | J | T | | | | | |
| 31. American Funds EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 32. Hotchkiss & Wiley High Yield | A | Dividend | J | T | | | | | |
| 33. Oakmark Fund | A | Dividend | J | T | | | | | |
| 34. Franklin Custodian Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Johnson, Nancy K.** | 07/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Hennessy Focus Funds | A | Dividend | J | T | | | | | |
| 36. | First Eagle Global SGIIX Fund | A | Dividend | J | T | | | | | |
| 37. | Edgewood Growth Fund | A | Dividend | J | T | | | | | |
| 38. | Dodge&Cox Stock Fund | A | Dividend | J | T | | | | | |
| 39. | AMG Yackman Fund | A | Dividend | J | T | | | | | |
| 40. | T.Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 41. | Vanguard Small Gap Admiral | A | Dividend | J | T | | | | | |
| 42. | Wells Fargo Short Duration Gov't Bond Fund | A | Dividend | J | T | | | | | |
| 43. | Pax World Fds SEr. Tr. Small Cap Fund | A | Dividend | J | T | | | | | |
| 44. | AIG Focused Div. Strategy Portfolio | A | Dividend | J | T | | | | | |
| 45. | Fidelity Invest. Money Market | A | Dividend | J | T | | | | | |
| 46. | Amazon | | None | N | T | | | | | |
| 47. | GSCCF | | None | J | T | Buy | 02/19/19 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Johnson, Nancy K.** | 07/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 07/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy K. Johnson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544